IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01042–WJM–KMT

JOHN T. BARNES,

    Plaintiff,

v.

ANGUS JEFFERY TIMMONS, JR., and
OFFICER ANTHONY MORABIRO,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant Timmons [sic] Motion for Stay and in the alternative, Motion for Exemption from the 26(f) Requirement of Telephone or Face to Face Communication with Plaintiff (Doc. No. 36, filed September 11, 2012) is GRANTED in part and TAKEN UNDER ADVISEMENT in part. To the extent that the Fed. R. Civ. P. 26(f) scheduling/planning conference has not yet occurred, given the animosity between Plaintiff and Defendant Timmons, the scheduling/planning conference shall occur telephonically.  Plaintiff may file a reply in support of his motion to the extent that it seeks to stay this case no later than September 24, 2012.

Dated: September 17, 2012