IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01042–WJM–KMT

JOHN T. BARNES,

    Plaintiff,

v.

ANGUS JEFFERY TIMMONS, JR., and
OFFICER ANTHONY MORABIRO,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Restraining Order" (Doc. No. 51, filed Oct. 4, 2012), which the court construes to seek a temporary restraining order pursuant to Fed. R. Civ. P. 65, is DENIED without prejudice for failure to comply with Local Rule 7.1A's duty to confer. That rule, which applies to motions for temporary restraining orders, D.C.COLO.LCivR 65.1.A.2, states that

> The court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule . . . .

D.C.COLO.LCivR 7.1A.  All parties are advised that any future motions that fail to comply with Local Rule 7.1A will be summarily denied.

Dated: October 18, 2012